**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Ellen E. Miller | Date: June 17, 2011 |
| Court Reporter: Janet Coppock | Time: 51 minutes |
| Probation Officer: Lisa Pence | Interpreter: n/a |

**CASE NO.    10-CR-00492-PAB**

Parties                                                              Counsel

UNITED STATES OF AMERICA,                  James R.  Boma

       Plaintiff,

vs.

1. TYRONE BROOKS WILLIAMS,              La Fonda R.  Jones
   a/k/a "Mike Williams"

       Defendant.

**SENTENCING**

**2:30  p.m.    COURT IN SESSION**

Appearances of counsel.  Defendant is present and on bond.

The Court raises Government's Motion for Sentencing Reduction Under the Provisions of  §5K1.1, U.S. Sentencing Guidelines for discussion.
Statements by Mr. Boma.
Statements by Ms. Jones.
Findings and conclusions by the Court.

**ORDERED:**  Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1, U.S. Sentencing Guidelines [Docket No. **34**, Filed May 17, 2011] is **GRANTED** for reasons as set forth on the record.

Statements by defense counsel Ms. Jones.

Statements by plaintiff's counsel Mr. Boma.

Statements by Defendant.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea of guilty on **March 25, 2011** to counts **One, Two, Three, Four, Twenty-Eight**, **, Twenty-Nine, Thirty and Thirty-One of the Indictment.**
ORDERED:   Government's Motion to Dismiss with Prejudice Counts Five Through Twenty-seven of the Indictment at the Conclusion of this Defendant's Sentencing Hearing [Docket No. **33**, Filed May 17, 2011] is GRANTED and the Order is signed by the Court.

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **eighty-six (86)** months as to each count to be serve concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **Sheridan Facility** in the state of Oregon, or if his security qualification does not qualify him for that institution, then a facility in the Washington state area.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three** (3) years.

**ORDERED:**  **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
   (**X**)   Defendant shall not commit another federal, state or local crime.
   (**X**)   Defendant shall not illegally possess controlled substances.
   (**X**)   Defendant shall not possess a firearm or destructive device.

(**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
(**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
(**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
()    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:  Special Condition** of Supervised Release that:

(**X**)   The defendant shall submit to financial monitoring by the probation officer.
(**X**)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
(**X**)   Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
(**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
(**X**)   Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
(**X**)   Defendant shall be required to take the required amount of his medication as directed by his doctor in order to maintain a therapeutic level of his medication.
(**X**)   Any employment shall be approved in advance by the supervising probation office and the defendant shall commit contact between the probation officer and his employers including but not limited to full-time, part-time, temporary and contract employers.
(**X**)   Defendant shall not engage in gambling or any game of chance either on the computer or in a casino or other gambling establishment or in any other manner.

**ORDERED:**   Defendant shall pay **$800.00**  to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighted by the burden on the sentencing process.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Discussion is held regarding 18 U.S.C. § 3143(b)2.
**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**3:21  p.m.     COURT IN RECESS**

**Total in court time:    00:51**

**Hearing concluded**