IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00492-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TYRONE BROOKS WILLIAMS,

    Defendant.

---

### ORDER

---

This matter is before the Court on the government's Motion to Dismiss With Prejudice Counts Five Through Twenty-Seven of the Indictment at the Conclusion of This Defendant's Sentencing Hearing [Docket No. 33]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss With Prejudice Counts Five Through Twenty-Seven of the Indictment at the Conclusion of This Defendant's Sentencing Hearing [Docket No. 33] is granted. Counts Five through Twenty-Seven of the Indictment are dismissed.

    DATED June **17**, 2011.

                                    BY THE COURT:

                                    PHILIP A. BRIMMER
                                    United States District Judge